# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

      v.                                           Crim. No. 5:07-CR-334-1BR

BILLY LEE STALLINGS

      On December 1, 2008, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                        Respectfully submitted,

/s/Robert L. Thornton                                     /s/ Dewayne L. Smith  
Robert L. Thornton                                           Dewayne L. Smith  
Supervising U.S. Probation Officer                 U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this   23   day of   June  , 2010.

                                                              W. Earl Britt  
                                                              Senior U.S. District Judge